IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PANDORA JEWELRY, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-cv-600 (CCB) |
| CHAMILIA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO QUASH SUBPOENA FOR RECORDS

The Pink Silhouette, Flags, Etc. & Gifts, West End Gallery, Carlos Italian Charm Shop, Highlands West Gift Company, Enchanted Art, Joshua's Garden, Studio 24E, Kokopelli, and Hickory Stick, Ltd., by and through counsel, move to quash the subpoena for records dated September 22, 2006 served upon them by Pandora Jewelry, LLC on the ground that it is overly broad, unduly burdensome, not calculated to lead to the discovery of admissible evidence, seeks confidential commercial information, and seeks information that is the subject of a pending motion to stay and bifurcate filed by Pandora Jewelry in this matter.

Dated:  October 13, 2006         Respectfully submitted,
                                 /s/
                                 Steven E. Tiller

Whiteford, Taylor, & Preston, LLP
7 Saint Paul Street
Baltimore, MD 21202-1626
(410) 347-8700
Fax: (410) 223-4325


                                 /s/
                                 James G. Goggin
                                 *Attorneys for Defendant/Counterclaim Plaintiff*
                                 *Chamilia, LLC and  The Pink Silhouette, Flags, Etc. &*
                                 *Gifts, West End Gallery, Carlos Italian Charm Shop,*
                                 *Highlands West Gift Company, Enchanted Art, Joshua's*
                                 *Garden, Studio 24E, Kokopelli, and Hickory Stick, Ltd.*

Verrill Dana, LLP
One Portland Square
Portland, ME  04112
(207) 774-4000
Fax:  (207) 774-7499

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed Defendant's Motion to Quash Subpoena For Records with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sharon A. Snyder, Esq.
120 East Baltimore Street
Baltimore, MD 21202
and
William R. Hansen, Esq.
230 Park Avenue, Suite 1847
New York, New York 10169

/s/ James G. Goggin
James G. Goggin
*Attorney for Defendant/Counterclaim Plaintiff Chamilia, LLC and  The Pink Silhouette, Flags, Etc. & Gifts, West End Gallery, Carlos Italian Charm Shop, Highlands West Gift Company, Enchanted Art, Joshua's Garden, Studio 24E, Kokopelli, and Hickory Stick, Ltd.*

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112
(207) 774-4000
Fax: (207) 774-7499

2