**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

October 26, 2006

LETTER TO COUNSEL RE: Pandora Jewelry, LLC v. Chamilia, LLC, Civil No. CCB-06-600

Dear Counsel:

This will confirm the results of our telephone conference today.

Counsel will submit a revised agreed-upon scheduling order in accordance with our discussions. The Motion to Bifurcate and Stay Discovery (docket entry no. 29) is **Granted**, also consistent with our discussion, although counsel will attempt to avoid the need for redeposing any fact witnesses. In light of the bifurcation and stay, I assume that the subpoena for documents served by plaintiff will be withdrawn, and accordingly, the Motion to Quash (docket entry no. 41) is **Granted**. A Markman hearing has been scheduled for **Friday, February 16, 2007** at **10:00 a.m.**

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge